1  MICHAEL B. BIGELOW
   Attorney at Law
2  State Bar No. 65211
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 443-0217
4
   Attorney for Defendant
5  Zachary Medinas

**FILED**

NOV 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    ) Case No. CR. S-06-297 EJG
                             )
         Plaintiff,          ) WAIVER OF PERSONAL APPEARANCE
                             ) (PROPOSED) ORDER
    vs.                      )
                             )
ZACAHRY MEDINAS              )
                             )
         Defendant           )
                             )

**IT IS SO ORDERED**

DATED: October 31, 2006            _____
                                   Hon. Edward J. Garcia
                                   United States District Court Judge

-1-