```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  FRED N. DAWSON (SBN 43306)
    JONATHAN C. TURNER (SBN 191540)
 3  EMILY E. DORINGER (SBN 208727)
    MELINDA J. NYE (SBN 237303)
 4  813 Sixth Street. Suite 450
    Sacramento, Ca  95814
 5  Telephone: (916) 441-0824

 6  Attorneys for Defendant
    ZACHARY J. MEDINAS
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-06-0297 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME |
| vs. | |
| ZACHARY J. MEDINAS, | |
| Defendant. | Date: April 27, 2007<br>Time: 10:00 A.M.<br>Judge: Edward J. Garcia<br>       Senior U.S.<br>       District Judge |

IT IS HEREBY STIPULATED by Zachary J. Medinas, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant U.S. Attorney E. Robert Wright, that the status conference now scheduled for 10:00 a.m. on April 27, 2007 be continued to May 18, 2007 at 10:00 a.m.

Zachary J. Medinas is charged with violating and conspiracy to violate 16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(1)(B) by transporting in interstate commerce Gila monsters knowing that the animals were captured in violation of Arizona laws and

1 regulations.  The law firm of Blackmon & Associates substituted
2 into the case as attorneys for Mr. Medinas on December 1, 2006.
3 Since that time the matter has been continued for further status
4 conference three times.
5     The parties are now in settlement discussions.  Counsel for
6 Mr. Medinas has provided the government's counsel with a
7 settlement proposal.  The government is considering that
8 proposal and the parties need additional time in which to
9 discuss the possible resolution of the case.  In addition,
10 should the settlement discussion not bear fruit, the defense
11 requires additional time in which to complete preparation for
12 trial.
13     Therefore, the parties stipulate that the matter be
14 continued to 10:00 a.m. on May 18, 2007, for further status
15 conference and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) –
16 [Local Code T4] to that date to give defense counsel additional
17 time to prepare for trial.
18 IT IS SO STIPULATED.

DATED:    April 26, 2007

                            //s// Clyde M. Blackmon for
                       By:__E. ROBERT WRIGHT_____
                            E. ROBERT WRIGHT
                            Assistant U.S. Attorney

DATED:    April 26, 2007
                       By: _//s// Clyde M. Blackmon___
                            Clyde M. Blackmon
                            Attorney for Defendant
                            ZACHARY J. MEDINAS

1 **ORDER**

2     This matter having come before me pursuant to the
3 stipulation of the parties and good cause appearing therefore,
4     IT IS ORDERED THAT: the status conference hearing now set
5 for April 27, 2007 at 10:00 a.m. is vacated and the matter is
6 set for a status conference hearing on May 18, 2007 at 10:00
7 a.m.
8     Further, the Court finds that time is excluded based upon
9 the representation of the parties to allow adequate defense
10 preparation and such time will be excluded pursuant to the
11 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) – [Local Code
12 T4], until the next appearance.
13 IT IS SO ORDERED.
14
15 DATED: April 26, 2007        /s/ Edward J. Garcia
                                Edward J. Garcia
16                              Senior United States District
17                              Court Judge