1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  FRED N. DAWSON (SBN 43306)
   JONATHAN C. TURNER (SBN 191540)
3  EMILY E. DORINGER (SBN 208727)
   MELINDA J. NYE (SBN 237303)
4  813 Sixth Street. Suite 450
   Sacramento, Ca   95814
5  Telephone: (916) 441-0824

6  Attorneys for Defendant
   ZACHARY J. MEDINAS
7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                        EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,              Case No.: CR.S-06-0297 EJG
11
           Plaintiff,                     STIPULATION AND ORDER
12                                        CONTINUING STATUS
       vs.                                CONFERENCE AND
13                                        EXCLUDING TIME
   ZACHARY J. MEDINAS,
14
           Defendant.                     Date:  May 18, 2007
15                                        Time:  10:00 A.M.
                                          Judge: Edward J. Garcia
16                                               Senior U.S.
                                                 District Judge
17

18

19       IT IS HEREBY STIPULATED by Zachary J. Medinas, through his

20  counsel Clyde M. Blackmon, and the United States of America,

21  through its counsel Assistant U.S. Attorney E. Robert Wright,

22  that the status conference now scheduled for 10:00 a.m. on May

23  18, 2007 be continued to June 8, 2007 at 10:00 a.m.

24       Zachary J. Medinas is charged with violating and conspiracy

25  to violate 16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(1)(B) by

26  transporting in interstate commerce Gila monsters knowing that

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND
EXCLUDING TIME

1  the animals were captured in violation of Arizona laws and
2  regulations.
3      The parties have met and reached a tentative resolution of
4  the case.  Counsel for Mr. Medinas needs time to discuss the
5  proposed resolution with Mr. Medinas, and counsel for the
6  government requires additional time to draft a plea agreement.
7  Those tasks can not be accomplished before the next status
8  conference which is set for May 18, 2007.
9      Therefore, the parties stipulate that the matter be
10 continued to 10:00 a.m. on June 8, 2007, for further status
11 conference.  The parties further stipulate that pursuant to 18
12 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] that time shall be
13 excluded from May 18, 2007, to June 8, 2007, to give defense
14 counsel additional time in which to prepare.
15 IT IS SO STIPULATED.

DATED:    May 16, 2007

                                   //s// Clyde M. Blackmon for
                             By:  E. ROBERT WRIGHT  _____
                                   E. ROBERT WRIGHT
                                   Assistant U.S. Attorney

DATED:    May 16, 2007

                             By:  _//s// Clyde M. Blackmon___
                                   Clyde M. Blackmon
                                   Attorney for Defendant
                                   ZACHARY J. MEDINAS

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE HEARING AND EXCLUDING TIME

1 **ORDER**

2     This matter having come before me pursuant to the
3 stipulation of the parties and good cause appearing therefore,
4     IT IS ORDERED THAT: the status conference hearing now set
5 for May 18, 2007 at 10:00 a.m. is vacated and the matter is set
6 for a status conference hearing on June 8, 2007 at 10:00 a.m.
7     Further, the Court finds that time is excluded based upon
8 the representation of the parties to allow adequate defense
9 preparation and such time will be excluded pursuant to the
10 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) – [Local Code
11 T4], until the next appearance.
12 IT IS SO ORDERED.
13
14 DATED: May 17, 2007       _\s\ Edward J. Garcia_
                                      Edward J. Garcia
15                                       Senior United States District
16                                       Court Judge
17
18
19
20
21
22
23
24
25
26
27
28