```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
MELINDA J. NYE (SBN 237303)
813 Sixth Street. Suite 450
Sacramento, Ca  95814
Telephone: (916) 441-0824
```

Attorneys for Defendant
ZACHARY J. MEDINAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ZACHARY J. MEDINAS,<br><br>          Defendant. | Case No.: CR.S-06-0297 EJG<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>Date:  August 17, 2007<br>Time:  10:00 A.M.<br>Judge: Edward J. Garcia |

   IT IS HEREBY STIPULATED between the Defendant, Zachary J. Medinas, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant United States Attorney E. Robert Wright, that the imposition of judgment and sentence in this matter be continued from August 17, 2007 to September 7, 2007 at 10:00 a.m. before the Honorable Edward J. Garcia.

   Counsel for Mr. Medinas has a hearing on complex pretrial motions set for August 17, 2007, and August 20, 2007, in the matter of *People v. Brendt Volarvich*, Case Number 05-7249, pending in the Yolo County Superior Court.  The defendant in

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING

1  that case is charged with murder and three special circumstances
2  are alleged against him.  The prosecution has declared the death
3  penalty will be sought.
4       For the reasons set forth, it is necessary that the
5  judgment and sentence in this case now set for August 17, 2007
6  be continued until September 7, 2007.
7  IT IS SO STIPULATED.

DATED:     August 15, 2007

                                   By: //s// Clyde M. Blackmon____
                                       E. Robert Wright
                                       Assistant U.S. Attorney

DATED:     August 15, 2007

                                   By: _//s// Clyde M. Blackmon___
                                       Clyde M. Blackmon
                                       Attorney for Defendant
                                       ZACHARY J. MEDINAS

**ORDER CONTINUING DATE
FOR IMPOSITION OF JUDGMENT AND SENTENCE**

18     GOOD CAUSE APPEARING for the reasons set forth in the
19  stipulation between counsel, the date for imposition of judgment
20  and sentence in this matter is continued to September 7, 2007 at
21  10:00 a.m.
22  IT IS SO ORDERED.

24  DATED:  August 16, 2007        /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior United States District
                                    Court Judge