```
 1  BLACKMON & ASSOCIATES
    CLYDE M. BLACKMON (SBN 36280)
 2  FRED N. DAWSON (SBN 43306)
    JONATHAN C. TURNER (SBN 191540)
 3  EMILY E. DORINGER (SBN 208727)
    MELINDA J. NYE (SBN 237303)
 4  813 Sixth Street, Suite 450
    Sacramento, Ca  95814
 5  Telephone: (916) 441-0824

 6  Attorneys for Defendant
    ZACHARY J. MEDINAS
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        Case No.: CR.S-06-0297 EJG
12          Plaintiff,                STIPULATION AND [PROPOSED]
                                      ORDER CONTINUING JUDGMENT
13      vs.                           AND SENTENCING
14  ZACHARY J. MEDINAS,
                                      Date: September 7, 2007
15          Defendant.                Time: 10:00 A.M.
                                      Judge: Edward J. Garcia
16
17
```

FILED SEP 11 2007
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

filed 9/6/07

   IT IS HEREBY STIPULATED between the Defendant, Zachary J. Medinas, through his counsel Clyde M. Blackmon, and the United States of America, through its counsel Assistant United States Attorney E. Robert Wright, that the imposition of judgment and sentence in this matter be continued from September 7, 2007 to October 5, 2007, at 10:00 a.m. before the Honorable Edward J. Garcia.

   Counsel for Mr. Medinas is involved in a death penalty case pending in Yolo County, *People v. Brendt Volarvich*, Case Number 05-7249. Due to the unavailability of an expert witness a hearing on a change of venue motion in that case was continued

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING

1  from August 17, 2007 to September 7, 2007. Therefore, counsel
2  for Mr. Medinas is unable to be in this Court for the now
3  scheduled imposition of judgment and sentence on Mr. Medinas.
4      It is necessary to continue the imposition of judgment and
5  sentence in this matter to October 5, 2007, the next Friday on
6  which counsel for Mr. Medinas and the government are available.
7      Counsel for Mr. Medinas has informed United States
8  Probation Officer of the necessity for a continuance of the
9  imposition of judgment and sentence in this matter, and she has
10 no objection to the continuance.
11 IT IS SO STIPULATED.

DATED:    September 6, 2007

                                By: //s// Clyde M. Blackmon
                                    E. Robert Wright
                                    Assistant U.S. Attorney

DATED:    September 6, 2007
                                By: //s// Clyde M. Blackmon
                                    Clyde M. Blackmon
                                    Attorney for Defendant
                                    ZACHARY J. MEDINAS

**[PROPOSED] ORDER CONTINUING DATE
FOR IMPOSITION OF JUDGMENT AND SENTENCE**

GOOD CAUSE APPEARING for the reasons set forth in the stipulation between counsel, the date for imposition of judgment and sentence in this matter is continued to October 5, 2007 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 9/6/07

EDWARD J. GARCIA
Senior United States District
Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING